# IN THE SUPREME COURT OF THE STATE OF NEVADA

| | |
|---|---|
| WESLEY RUSCH, AN INDIVIDUAL,<br>Appellant,<br>vs.<br>CHAMPERY RENTAL REO, LLC, AS SUCCESSOR-IN-INTEREST TO HOLLYVALE RENTAL HOLDINGS, LLC,<br>Respondent. | No. 84857<br><br>**FILED**<br><br>JUN 30 2022<br><br>ELIZABETH A. BROWN<br>CLERK OF SUPREME COURT<br>BY ____ S. Young ____<br>DEPUTY CLERK |

## *ORDER DISMISSING APPEAL*

This is a pro se appeal from a district court order denying a motion for reconsideration. Eighth Judicial District Court, Clark County; Monica Trujillo, Judge.

Review of the notice of appeal and documents before this court reveals a jurisdictional defect. This court "may only consider appeals authorized by statute or court rule." *Brown v. MHC Stagecoach, LLC*, 129 Nev. 343, 345, 301 P.3d 850, 851 (2013). No statute or court rule authorizes an appeal from an order denying a motion for reconsideration. *Arnold v. Kip*, 123 Nev. 410, 417, 168 P.3d 1050, 1054 (2007) ("[A]n order denying reconsideration is not appealable."). Accordingly, this court lacks jurisdiction and

ORDERS this appeal DISMISSED.

_____, J.
Hardesty

_____, J.          _____, J.
Stiglich                                              Herndon

cc:    Hon. Monica Trujillo, District Judge
       Wesley Rusch
       Wedgewood, LLC
       Eighth District Court Clerk